Summons in a Civil Action (Rev 11/97)

FILED
2008 JUL 17 AM 10: 43
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ DEPUTY

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

CLIFFORD HOWELL AND ELENA HOWELL

vs

CHASE HOME FINANCE LLC, U.S. BANCORP, AND DOES 1-10

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 1282 JLS LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Damian J. Nassiri, State Bar No. 231667, HOWARD | NASSIRI LLP, 1600 South Douglass Road, First Floor, Anaheim, CA 92806. Telephone # 800-872-5925

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.  
CLERK  
J. PARIS

JUL 17 2008  
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)