1  VINCENT D. HOWARD, State Bar No. 232478
   vhoward@howardnassiri.com
2  DAMIAN J. NASSIRI, State Bar No. 231667
   dnassiri@howardnassiri.com
3  HOWARD | NASSIRI, LLP
   1600 South Douglas Road, First Floor
4  Anaheim, CA 92806
   (800) 872-5925 Telephone
5  (888) 533-7310 Facsimile
   www.howardnassiri.com
6

7  Attorneys for Plaintiff, CLIFFORD HOWELL AND ELENA HOWELL

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 CLIFFORD HOWELL           ) CIVIL ACTION NO.: 08CV 1282 JLS (LSP)
12 AND ELENA HOWELL,         )
                             )
13                           )
        Plaintiff,           ) DATE FILED: July 17, 2008
14                           )
   v.                        )
15                           ) NOTICE OF PENDENCY OF ACTION (LIS
16 CHASE HOME FINANCE,       ) PENDENS)
   LLC, U.S. BANCORP, AND    )
17 DOES 1-10,                ) PROPERTY ADDRESS: 835 WARMLANDS
                             ) AVENUE, VISTA, CA 92084
18                           )
        Defendants.          )
19                           )

20 _____

21

22 **NOTICE IF GIVEN THAT** the above-captioned action was commenced on
23 July 17, 2008, in the above captioned Court by Plaintiff, CLIFFORD HOWELL
24 AND ELENA HOWELL against Defendants CHASE HOME FINANCE, LLC,
25 U.S. BANCORP, AND DOES 1-10., The action is now pending in the above
26 Court.
27 The above-captioned action alleges a real property claim affecting certain real
28 property that is situated in San Diego County, California, with an address of

1. 835 Warmlands Avenue, Vista, CA 92084, further identified as:
2. Assessor's Parcel Number: 177-260-42.
3. Legal Description: Lot 21 of Rancho Del Vista Grande unit no. 1, in the City of
4. Vista, County of San Diego, State of California, according to map thereof no.
5. 6902, filed in the office of the County Recorder of San Diego County on April 19,
6. 1971.
7. Dated: July 23, 2008
8. By: _____
9. Damian Nassiri
   HOWARD | NASSIRI, LLP, Attorneys for Plaintiff YAASMYN
10. FULA

**RECORDING REQUESTED**

Recording Requested by Plaintiff CLIFFORD HOWELL AND ELENA HOWELL. When recorded mail to: HOWARD | NASSIRI, LLP, 1600 South Douglas Road, First Floor, Anaheim, CA 92806.

**ACKNOWLEDGEMENT**

State of California, County of __Orange__
On __7-23-08__, before me, __M. Diedrich__, personally appeared __Damian Nassiri__ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within statement and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity on behalf of which the person(s) acted, executed the instrument.
I certify under the PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

(Seal)

Signature: _____

Name of Office: NOTARY PUBLIC

M. DIEDRICH
Commission # 1662913
Notary Public - California
Orange County
My Comm. Expires Feb 14, 2009

RECORDING REQUESTED BY:
AND WHEN RECORDED MAIL TO:

HOWARD | NASSIRI, LLP
ATTN: DAMIAN NASSIRI
1600 SOUTH DOUGLASS ROAD, FIRST FLOOR
ANAHEIM. CA 92806-5998

Re: HOWELL 08CV 1282 JLS (LSP)

THIS SPACE FOR RECORDERS USE ONLY

## NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
Additional Recording

Re: HOWELL V. CHASE HOME FINANCE, et al.
Case Number: 08CV 1282 JLS (LSP)

## PROOF OF SERVICE
### Code of Civil Procedure §§ 1013a, 2015.5

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is 1600 South Douglass Road, First Floor, Anaheim, California 92806. On July 23, 2008, I served the following document(s):

## NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

__XX__ by placing the document(s) listed above in a sealed envelope, addressed asset forth below, and placing the envelope for collection and mailing in the place designated for such in our offices, following ordinary business practices.

_____ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00p.m.

_____ by causing a true copy thereof to be personally delivered to the person(s) at the address (es) set forth below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 23, 2008, at Anaheim, California.

_____
Sharon Corrales

Re: HOWELL V. CHASE HOME FINANCE, et.al
Case Number: 08CV 1282 JLS (LSP)

## SERVICE LIST

**VIA U.S. CERTIFIED MAIL**

BNC Mortgage, Inc.
Attn: Legal Department
1901 Main Street
Irvine, CA 92614-6524

Chase Home Finance
Attn: Legal Department
P.O. Box 24573
Columbus, OH 43224

Chase Home Finance
Attn: Legal Department
P.O. Box 78116
Phoenix, AZ 85062-8116

NDEx West, LLC
Attn: Cheryl Asher
15000 Surveyor Boulevard, Suite 500
Addison, TX 75001-9013

U.S. Bancorp
U. S. Bancorp Center
Attn: Legal Department
800 Nicollet Mall
Minneapolis, MN 55402