POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Damian J. Nassiri, Esq  SBN: 231667 <br> HOWARD I NASSIRI LLP <br> 1600 SO. DOUGLAS ROAD 1ST FLOOR ANAHEIM, CA 92806-5998 <br> TELEPHONE NO.: **(800) 872-5925**  FAX NO. *(Optional)*: **(888) 533-7310** <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , CA
BRANCH NAME: **SOUTHERN DISTRICT OF CALIFORNIA**

PLAINTIFF/PETITIONER: **HOWELL**
DEFENDANT/RESPONDENT: **CHASE HOME FINANCE**

CASE NUMBER: **08-CV-1282 JLS LSP**

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: **HOWELL**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: **Civil Case Cover Sheet; Certificate and Notice of Interested Parties; Temporary Restraining Order; Ex Parte Application for Temporary Restraining Order; Declaration of Damian Nassiri; Memorandum of Points & Authorities; Order to Show Cause; Declaration of Elena Howell; Declaration of Clifford Howell**

3. a. Party served *(specify name of party as shown on documents served)*:
   **U.S. BANCORP, A CORPORATION**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a)*:
   **MARGARET WILSON, AUTHORIZED TO ACCEPT SERVICE**

4. Address where the party was served: **818 WEST 7TH STREET LOS ANGELES, CA 90017**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **07/18/2008**  (2) at *(time)*: **02:40 pm**
   b. [ ] **by substituted service.** On *(date)*:  at *(time)*:  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:  from *(city)*:   **or** [ ] a declaration of mailing is attached.
   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/OC8071411565

| PETITIONER: HOWELL | CASE NUMBER |
|---|---|
| RESPONDENT: CHASE HOME FINANCE | 08-CV-1282 JLS LSP |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:   (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*: **U.S. BANCORP, A CORPORATION**
   under the following Code of Civil Procedure section:

   ☒ 416.10 (corporation)               ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)             ☐ 415.46 (occupant)
                                        ☐ other:

7. **Person who served papers**
   a. Name: **David Garcia - Janney & Janney Attorney Service, Inc.**
   b. Address: **1545 Wilshire Blvd. #311  Los Angeles, CA 90017**
   c. Telephone number: **(213) 628-6338**
   d. **The fee** for service was: **$ 20.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ owner     ☒ employee     ☐ independent contractor.
         (ii) Registration No.: **140**
         (iii) County: **Los Angeles**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **07/22/2008**

**Janney & Janney Attorney Service, Inc.**
**1545 Wilshire Blvd. #311**
**Los Angeles, CA 90017**
**(213) 628-6338**

**David Garcia**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)         (SIGNATURE)