| | POS-010 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Damian J. Nassiri, Esq     SBN: 231667 <br> HOWARD I NASSIRI LLP <br> 1600 SO. DOUGLAS ROAD 1ST FLOOR ANAHEIM, CA 92806-5998 <br> TELEPHONE NO.: (800) 872-5925     FAX NO. (Optional): (888) 533-7310 <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , CA
BRANCH NAME: SOUTHERN DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: **HOWELL**
DEFENDANT/RESPONDENT: **CHASE HOME FINANCE**

**PROOF OF SERVICE OF SUMMONS**

CASE NUMBER: 08-CV-1282 JLS LSP
Ref. No. or File No.: HOWELL

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents):* **Civil Case Cover Sheet; Certificate and Notice of Interested Parties; Temporary Restraining Order; Ex Parte Application for Temporary Restraining Order; Declaration of Damian Nassiri; Memorandum of Points & Authorities; Order to Show Cause; Declaration of Elena Howell; Declaration of Clifford Howell**
3. a. Party served *(specify name of party as shown on documents served):*
   **CHASE HOME FINANCE LLC, A CORPORATION**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a):*
   **MARGARET WILSON, AUTHORIZED TO ACCEPT SERVICE**

4. Address where the party was served: **818 WEST 7TH STREET LOS ANGELES, CA 90017**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **07/18/2008**  (2) at *(time):* **02:40 pm**
   b. [ ] **by substituted service.** On *(date):*  at *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):*  from *(city):*  **or** [ ] a declaration of mailing is attached.
   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/OC8071411575


| PETITIONER: HOWELL | CASE NUMBER: |
|---|---|
| RESPONDENT: CHASE HOME FINANCE | 08-CV-1282 JLS LSP |


c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                      (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify)*:
c. ☐ as occupant.
d. ☒ On behalf of *(specify)*: **CHASE HOME FINANCE LLC, A CORPORATION**
    under the following Code of Civil Procedure section:

    ☒ 416.10 (corporation)                                ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)                      ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)          ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)                                ☐ 415.46 (occupant)
                                                                         ☐ other:

7. **Person who served papers**
  a. Name: **David Garcia - Janney & Janney Attorney Service, Inc.**
  b. Address: **1545 Wilshire Blvd. #311 Los Angeles, CA 90017**
  c. Telephone number: **(213) 628-6338**
  d. **The fee** for service was: **$ 45.00**
  e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
        (i) ☐ owner      ☒ employee      ☐ independent contractor.
        (ii) Registration No.: **140**
        (iii) County: **Los Angeles**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: **07/22/2008**

**Janney & Janney Attorney Service, Inc.**
**1545 Wilshire Blvd. #311**
**Los Angeles, CA 90017**
**(213) 628-6338**

_____ ▶ _____
             **David Garcia**                                           (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)


January 1, 2007]          **PROOF OF SERVICE OF SUMMONS**          Page 2 of 2    POS-010/OC8071411575