JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ROCIO HERRERA (CA Bar No. 237139)
rherrera@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
CHASE HOME FINANCE, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD HOWELL AND ELENA HOWELL,<br><br>    Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE LLC, U.S. BANCORP, AND DOES 1-10,<br><br>    Defendant. | **CASE NO.: 08 CV 1282 JLS (LSP)**<br><br>**JUDGE:**   Hon. Janice L. Sammartino<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Action Filed: July 17, 2008 |

///

///

1
STIPULATION FOR EXTENSION OF TIME

08 CV 1282 JLS (LSP)

1059781.1

1  Plaintiffs Clifford Howell and Elena Howell (collectively "Plaintiffs") and defendant Chase
2  Home Finance LLC ("Chase") by and through their respective counsel, hereby agree and stipulate as
3  follows:
4      1.  Chase was served with the Complaint on or about July 18, 2008.  The parties hereby
5  stipulate that Chase and U.S. Bancorp shall have up, and including, August 21, 2008, to respond to
6  the Complaint filed in this action.

DATED: August 7, 2008

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By: /s/ John M. Sorich
JOHN M. SORICH
CHRISTOPHER YOO
ROCIO HERRERA
Attorneys for Defendant
CHASE HOME FINANCE, LLC

DATED: August 7, 2008

HOWARD NASSIRI, LLP

By:_____
VICENT D. HOWARD
DAMIAN J. NASSIRI
Attorneys for Plaintiffs
CLIFFORD HOWELL and ELENA HOWELL

2
STIPULATION FOR EXTENSION OF TIME

08 CV 1282 JLS (LSP)

1059781.1

Plaintiffs Clifford Howell and Elena Howell (collectively "Plaintiffs") and defendant Chase Home Finance LLC ("Chase") by and through their respective counsel, hereby agree and stipulate as follows:

1. Chase was served with the Complaint on or about July 18, 2008. The parties hereby stipulate that Chase and U.S. Bancorp shall have up, and including, August 21, 2008, to respond to the Complaint filed in this action.

DATED: August 7, 2008

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By: _____
JOHN M. SORICH
CHRISTOPHER YOO
ROCIO HERRERA
Attorneys for Defendant
CHASE HOME FINANCE, LLC

DATED: August 7, 2008

HOWARD NASSIRI, LLP

By: _____
VICENT D. HOWARD
DAMIAN J. NASSIRI
Attorneys for Plaintiffs
CLIFFORD HOWELL and ELENA HOWELL

2
STIPULATION FOR EXTENSION OF TIME

1059781.1

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE
Clifford Howell v. Chase Home Finance LLC
USDC Southern District Case No. 08 CV 1282 JLS (LSP)

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

On August 7, 2008, I served the foregoing document described as **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** on the interested parties in this action.

☒   by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒   **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐   **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐   **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐   **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐   (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒   (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on August 7, 2008, at Santa Ana, California.

/s/ Veronica Delgado
_____
Veronica Delgado

1
PROOF OF SERVICE

1059820.1

**SERVICE LIST**
**Clifford Howell v. Chase Home Finance LLC**
**USDC Southern District Case No. 08 CV 1282 JLS (LSP)**

Vincent Howard, Esq.
Damian J. Nassiri, Esq.
HOWARD | NASSIRI, LLP
Arena Corporate Center
1600 S. Douglass Rd., 1st FL
Anaheim, CA, 92806

(800) 872-5925-telephone
(800) 533-7310-facsimile

**Attorney for Plaintiffs,**
**Clifford Howell and Elena Howell**

2
PROOF OF SERVICE

1059820.1