NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

DAMIAN J. NASSIRI, State Bar No. 231667
dnassiri@howardnassiri.com
HOWARD | NASSIRI, LLP
1600 South Douglass Road, First Floor
Anaheim, CA 92806
(800) 872-5925 Telephone

ATTORNEYS FOR  Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD HOWELL AND ELENA HOWELL,<br><br>Plaintiff(s),<br>v.<br><br>CHASE HOME FINANCE LLC, U.S. BANCORP, AND DOES 1-10,<br><br>Defendant(s) | CASE NUMBER<br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiff
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| CHASE HOME FINANCE LLC | Defendant and Originating Lender |
| U.S. BANCORP. | Defendant Current Note Holding Lender |
| America's Mortgage Solutions | Mortgage Broker |

8/20/08
Date

Sign

Damian Nassiri
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)

Re: HOWELL V. CHASE HOME FINANCE, et al.
Case Number: 08CV 1282 JLS (LSP)

## PROOF OF SERVICE
### Code of Civil Procedure §§ 1013a, 2015.5

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is 1600 South Douglass Road, First Floor, Anaheim, California 92806. On August 20, 2008, I served the following document(s):

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

__XX__ by placing the document(s) listed above in a sealed envelope, addressed as set forth below, and placing the envelope for collection and mailing in the place designated for such in our offices, following ordinary business practices.

_____ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00p.m.

_____ by causing a true copy thereof to be personally delivered to the person(s) at the address (es) set forth below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 20, 2008 at Anaheim, California.

_Donna Lefevers_
Donna Lefevers

Re: HOWELL V. CHASE HOME FINANCE, et.al

PROOF OF SERVICE - 1

Case Number: 08CV 1282 JLS (LSP)

## SERVICE LIST

**VIA WAIVER OF SERVICE OF SUMMONS**

S. Christopher Yoo, Esq.
Adorno, Yoss, Alvarado & Smith, a Professional Corp.
1 MacArthur Place, Suite 200
Santa Ana, California 92707

PROOF OF SERVICE - 2