## NOTICE OF LAWSUIT AND REQUEST FOR
## WAIVER OF SERVICE OF SUMMONS

TO:  (A) S. CHRISTOPHER YOO

as  (B) ATTORNEY            of (C) CHASE HOME FINANCE LLC ET AL

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D)            SOUTHERN District of CALIFORNIA and has been assigned docket number (E) 08 CV1282 JLS (LSP)

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F)    THIRTY    days after the date designated below a the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from the date is you address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff this 20 day of AUGUST 2008

Signature of Plaintiff's Attorney or Unrepresented Plaintiff

A - Name of individual defendant (or name of officer or agent of corporate defendant)
B - Title or other relationship of individual to corporate defendant
C - Name of corporate defendant, if any
D - District
E - Docket number of action
F - Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

::ODMA\PCDOCS\WORDPERFECT\14565\1 May 5, 1999 (10:00am)

Re: HOWELL V. CHASE HOME FINANCE, et al.
Case Number: 08CV 1282 JLS (LSP)

## PROOF OF SERVICE
### Code of Civil Procedure §§ 1013a, 2015.5

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is 1600 South Douglass Road, First Floor, Anaheim, California 92806. On August 20, 2008, I served the following document(s):

## NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

__XX__ by placing the document(s) listed above in a sealed envelope, addressed asset forth below, and placing the envelope for collection and mailing in the place designated for such in our offices, following ordinary business practices.

_____ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00p.m.

_____ by causing a true copy thereof to be personally delivered to the person(s) at the address (es) set forth below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 20, 2008 at Anaheim, California.

*Donna Lefevers*
Donna Lefevers

PROOF OF SERVICE - 1

1 | Case Number: 08CV 1282 JLS (LSP)

**SERVICE LIST**

**VIA WAIVER OF SERVICE OF SUMMONS**

S. Christopher Yoo, Esq.

Adorno, Yoss, Alvarado & Smith, a Professional Corp.

1 MacArthur Place, Suite 200

Santa Ana, California 92707

Case Number: 08CV 1282 JLS (LSP)

PROOF OF SERVICE - 2